IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LAURIE ADKINS                                                                                   PLAINTIFF

v.                                              Case No. 2:16-CV-2088

UNIVERSITY OF THE OZARKS                                                       DEFENDANT

## JUDGMENT

On the 22nd and 23rd days of May, 2017, this sex discrimination action came on for bench trial to the undersigned. The matter was taken under advisement at the completion of the trial, and a memorandum opinion and order setting out the Court's decision has been entered on this same date.

In accordance with that decision, IT IS HEREBY ORDERED AND ADJUDGED that Defendant University of the Ozarks did not discriminate against Plaintiff Laurie Adkins on the basis of her being a woman, and all claims are dismissed with prejudice.

IT IS SO ORDERED AND ADJUDGED this 30th day of June, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE